UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Patrick Gaines, et al.
                    Plaintiff,
v.                                              Case No.: 1:22−cv−01878
                                                Honorable Matthew F. Kennelly
BDO USA, LLP, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2024:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 6/17/2024. Plaintiffs' unopposed Motion for Order Finally Approving Class Action Settlement [56] and motion for an Award of Attorneys' Fees [57] are granted. The parties are directed to send a proposed order, in Word format, to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.